No. 857. STRAESSER-ARNOLD COMPANY *v.* FRANKLIN SUGAR REFINING COMPANY. January 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for

the Seventh Circuit denied. *Mr. Claude U. Stone* for petitioner. *Mr. Robert W. Childs* for respondent.